IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAILYEDEALS.COM, INC.,

    Petitioner,

v.

ONLINENIC, INC.,

    Respondent.

No. C 07-80135-MISC JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the petition for order to show cause why OnlineNIC, Inc. should not be held in contempt for failing to comply with subpoena and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 31, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom