1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   ROBERT S. GERBER, Cal. Bar No. 137961
3  MICHAEL MURPHY, Cal. Bar No. 234695
   12275 El Camino Real, Suite 200
4  San Diego, California 92130
   Telephone:    858-720-8900
5  Facsimile:    858-509-3691
   Electronic mail:    rgerber@sheppardmullin.com
6                      mmurphy@sheppardmullin.com

7  NATHANIEL BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
8  San Francisco, California 94111-4106
   Telephone:    415-434-9100
9  Facsimile:    415-434-3947
   Electronic mail:    nbruno@sheppardmullin.com
10
   Attorneys for Plaintiff and Counterdefendant
11 DAILYEDEALS.COM, INC.

12                      UNITED STATES DISTRICT COURT

13                      SOUTHERN DISTRICT OF CALIFORNIA

14     **[THIS PETITION FILED AS A MISCELLANEOUS ACTION IN THE NORTHERN
15         DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION]**

16 DAILYEDEALS.COM, INC.,             )   Case No. 3:07-mc-80135-JSW (MEJ)
                  Petitioner,         )
17       v.                           )
                                      )
18 ONLINENIC, INC.,                   )
                  Respondent.         )   NOTICE OF APPEARANCE BY MICHAEL
19                                    )   MURPHY
                                      )
20 [AND RELATED COUNTERCLAIM]         )
                                      )
21                                    )
...

W02-WEST:6MRM1\400326996.1                    -1-        NOTICE OF APPEARANCE BY MICHAEL
                                                                                 MURPHY

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michael Murphy (Cal. Bar No. 234695) of Sheppard, Mullin, Richter & Hampton LLP, 12275 El Camino Real, Suite 200, San Diego, California 92130 is additional counsel of record for plaintiff/counter-defendant DailyeDeals.com, Inc. and counter-defendant Michael K. Kovarik. This notice is specifically reserving, and without waiver, of any and all claims and defenses that DailyeDeals.com, Inc. and Michael K. Kovarik may have in this action.

DATED: June 5, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   s/ MICHAEL MURPHY
    ROBERT S. GERBER
    NATHANIEL BRUNO
    MICHAEL MURPHY

Attorneys for Petitioner
DAILYEDEALS.COM, INC.