IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAILYEDEALS.COM, INC., | Case No. C-80135 JSW (MEJ) |
| Petitioners, | NOTICE OF REFERENCE; |
| vs. | ORDER TO SHOW CAUSE |
| ONLINENIC, INC., | |
| Respondents. / | |

On May 31, 2007, Petitioner Dailyedeals.com's, petition for **Order to Show Cause Why OnlineNic, Inc., Should not be Held in Contempt For Failing To Comply With Subpoena and Required to Fully Comply**, along with all other discover matters was randomly assigned to me.

Therefore, please take note that on August 2, 2007, before this Court, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California, Respondent, OnlineNic, Inc., is ordered to appear before this Court and show cause why it should not be held in contempt for failing to comply with the subpoena served in this case, by petitioner, DailyeDeals.com. Inc., and why it should not be required to fully comply with the subpoena, by producing the documents named in petitioner's subpoena, pursuant to Federal Rule of Civil Procedure 45(e)

The Respondent shall file it's declaration by July 26, 2007.

///

1 **IT IS SO ORDERED.**

3  Dated: July 2, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge