<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **July 6, 2007**, I served the following document described as **NOTICE OF REFERENCE; ORDER TO SHOW CAUSE** on the interested party in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

OnlineNIC, Inc.
c/o Rex W. Liu
(Registered Agent For Service)".
2315 – 26th Avenue
San Francisco, CA  94116

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name and facsimile machine telephone number of the person served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 6, 2007**, at San Francisco, California.

_____
Jane Gorsi

W02-WEST:FJG\400355230.1                    -1-

| | |
|---|---|
| Attorney Name: | NATHANIEL BRUNO, Cal. Bar No. 228118 |
| Firm Name: | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |
| Address: | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106 |
| Telephone: | (415) 434-9100 |
| Attorneys For: | Plaintiff and Counter defendant; DAILYDEALS.COM, INC. |
| Court Name: | United States District Court Northern District of California |
| Address: | 450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Plaintiffs: | DAILYEDEALS.COM, INC. |
| Defendants: | ONLINENIC, INC. |

Ref #:                                                                                         Case #: C-80135 JSW (MEJ)

## DECLARATION OF DILIGENCE

The within mentioned process was received by ZOOM MESSENGER SERVICE on July 03, 2007. Personal Service of the within mentioned process upon REX LIU has been unable to be effected. The undersigned declare with regards to individual attempts made by them that: At the time of attempted service I was at least eighteen years of age and not a party to this action. Personal service of the documents listed below was attempted on REX LIU as follows:

**Documents:**

- NOTICE OF REFERENCE; ORDER TO SHOW CAUSE

**Attempts:**

| Date | Time | Address | Result | Attempted By |
|---|---|---|---|---|
| 07/03/07 | 5:38 pm | 2315 26th Ave., San Francisco, CA | No One Home | Anthony Segreto |
| 07/05/07 | 11:32 am | 2315 26th Ave., San Francisco, CA | No One Home | James Connell |
| 07/06/07 | 2:27 pm | 2315 26th Ave., San Francisco, CA | No One Home | Anthony Segreto |

**Persons Who Executed Attempted Service of Process:**

Anthony Segreto/ Zoom Messenger Service
P.O. Box 191286
San Francisco, CA 94119
(415) 725-0343
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 7/09/07                                                                        _____
                                                                                              (Signature)

James Connell/ Zoom Messenger Service
P.O. Box 191286
San Francisco, CA 94119
(415) 725-0343
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 7/9/07

_____
(Signature)