# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** August 2, 2007
**TITLE:** Daileydeals.Com. -v- Onlinenic, Inc.      **CASE #:** C-07-80135 JSW

### APPEARANCES:

**FOR PLAINTIFF:**                                **FOR DEFENDANT:**

**Nathaniel Bruno, Pet.**                         **NP**

**Deputy Clerk:** Brenda Tolbert                  **Reporter:** Sahar McVickar

### PROCEEDINGS:

- ____ Case Management
- ____ Further Case Management
- ____ Status Conference
- ____ Pretrial Conference
- ____ Settlement Conference (Length:  Hr/s.)
- ____ Evidentiary Hearing
- ____ Examination of Judgment Debtor
- ____ Motions
- **X** Other: Order to Show Cause

**ORDER/RESULTS:**

**Petitioner requested that Order to Show Cause be continued to 11-15-07 at 10:00 a.m.  Underlying Related Case has Settled.  See Court Order.**

**Case Continued To:** 11-15-07 at 10:00 a.m.    **For:** Ord to Show Cause /Status Re: Settlement

**Case Referred To:**                             **For:**

**ORDER TO BE PREPARED BY:**

**cc:** Brenda, Chambers File, Chris, Other: