IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAILYEDEALS.COM, INC., | Case No. C-07-80135 JSW (MEJ) |
| Petitioners, | ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE |
| vs. | |
| ONLINENIC, INC., | |
| Respondents. | |

This miscellaneous action arose because Respondent OnlineNIC, Inc. failed to respond to a subpoena served by Petitioner DailyeDeals.com Inc. That subpoena was served in connection with the Southern District of California action entitled DailyeDeals.com Inc. v. ECoupons, Inc., S.D. Cal. Case No. 06-cv-1522-L-JMA (the "Underlying Action").

On July 2, 2007, this Court scheduled a hearing for August 2, 2007 and ordered Respondent OnlineNIC to appear and show cause why it should not be held in contempt for failing to comply with Petitioner DailyeDeals.com's subpoena..

Prior to the August 2, hearing, on August 1, 2007, the Petitioner, DailyeDeals.com, filed its Notice of Settlement of Underlying Case To Which This Miscellaneous Action Is Related, in which Petitioner informed this court that a settlement had been reached in the Underlying Action against Defendant ECoupons, Inc.. Petitioner appeared at the August 2, hearing and requested that the Show

Cause hearing be continued to November 11, 2007 in order to give Defendant's ECoupons, Inc.,time to comply with the settlement agreement in the Underlying Action..

Good cause showing, the August 2 hearing on the Order to Show Cause is hereby Continued to November 11, 2007.

**IT IS SO ORDERED.**

Dated: August 7, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

2