United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAILYEDEALS.COM, INC., | No. C-07-80135 JSW (MEJ) |
| Petitioner, | ORDER CORRECTING DATE FOR HEARING ON ORDER TO SHOW CAUSE |
| vs. | |
| ONLINENIC, INC., | |
| Respondent. | |

On August 7, 2007 this Court issued its ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE, in this matter. The Court inadvertently set the date for the continued hearing for November 11, 2007. The date is incorrect. The hearing will take place during the Court's regular calendar, on Thursday, November 15, 2007, at 10:00 a.m., Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 8, 2007

MARIA-ELENA JAMES
United States Magistrate Judge