SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT S. GERBER, Cal. Bar No. 137961
MICHAEL MURPHY, Cal. Bar No. 234695
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:   858-720-8900
Facsimile:   858-509-3691
Electronic mail:   rgerber@sheppardmullin.com
                   mmurphy@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Electronic mail:   nbruno@sheppardmullin.com

Attorneys for Petitioner
DAILYEDEALS.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAILYEDEALS.COM, INC., <br><br> Petitioner, <br><br> v. <br><br> ONLINENIC, INC., <br><br> Respondent. | Case No. CV 07-80135 JSW (MEJ) <br><br> **PETITIONER'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF THIS MISCELLANEOUS ACTION, AND [PROPOSED] ORDER THEREON** <br><br> Honorable Maria-Elena James <br> United States Magistrate Judge |

## PETITIONER'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES:

This miscellaneous action arose because Respondent OnlineNIC, Inc. failed to respond to a subpoena served by Petitioner DailyeDeals.com, Inc. That subpoena was served in connection with the Southern District of California action entitled *DailyeDeals.com, Inc. v. ECoupons, Inc.*, S.D. Cal. Case No. 06-CV-1522-L-JMA (the "Underlying Action"). The Petition that is this miscellaneous action (and all discovery matters attendant thereto) were referred to Magistrate Judge James. (Docket Nos. 4, 6.) Because this matter consists entirely of the Petition and its related discovery issues, the matter was effectively referred to Judge James in its entirety for all purposes, and Petitioner DailyeDeals.com, Inc. consents to the jurisdiction of Judge James for all purposes in dealing with this miscellaneous action (while Respondent OnlineNIC, Inc. has never appeared herein).

The parties to the Underlying Action executed a settlement agreement on August 1, 2007. All material terms of that agreement have now been satisfactorily fulfilled, and on November 6, 2007, a final judgment was entered and the Underlying Action was closed in the Southern District of California. (*See* Docket Nos. 133-134 in the Underlying Action, of which this Court may take judicial notice pursuant to Federal Rule of Evidence 201.)

This Court has scheduled a hearing for November 15, 2007 at 10:00 a.m. on Petitioner's Order To Show Cause why OnlineNIC, Inc. should not be held in contempt for failing to comply with DailyeDeals.com, Inc.'s subpoena. In view of the final settlement and judgment in the Underlying Action, Petitioner requests that hearing be vacated and this miscellaneous action be dismissed without prejudice, should unforeseen circumstances necessitate a new action and/or motion to enforce Petitioner's rights as against Respondent.

Although Respondent OnlineNIC, Inc. has never appeared in this miscellaneous action, this document is being served on Respondent OnlineNIC, Inc. and the parties to the Underlying Action as indicated on the attached proof of service.

Respectfully Submitted:
DATED: November 12, 2007

          SHEPPARD MULLIN RICHTER & HAMPTON LLP


      By   /s/ Nathaniel Bruno
          ROBERT S. GERBER
          NATHANIEL BRUNO
          MICHAEL MURPHY

          Attorneys for Petitioner
          DAILYEDEALS.COM, INC.

**ORDER**

The Court having considered Petitioner DailyeDeals.com, Inc.'s Request For Dismissal Without Prejudice set forth above, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the hearing on Petitioner's Order To Show Cause why OnlineNIC, Inc. should not be held in contempt for failing to comply with DailyeDeals.com, Inc.'s subpoena, set for November 15, 2007 at 10:00 a.m., is vacated.

**IT IS HEREBY FURTHER ORDERED** that this miscellaneous action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 13, 2007       _____
                               HONORABLE MARIA-ELENA JAMES
                               UNITED STATES MAGISTRATE JUDGE



1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   ROBERT S. GERBER, Cal. Bar No. 137961
3  MICHAEL MURPHY, Cal. Bar No. 234695
   12275 El Camino Real, Suite 200
4  San Diego, California  92130
   Telephone:    858-720-8900
5  Facsimile:    858-509-3691
   Electronic mail:      rgerber@sheppardmullin.com
6                        mmurphy@sheppardmullin.com

7  NATHANIEL BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
8  San Francisco, California  94111-4106
   Telephone:    415-434-9100
9  Facsimile:    415-434-3947
   Electronic mail:      nbruno@sheppardmullin.com
10
   Attorneys for Petitioner
11 DAILYEDEALS.COM, INC.
12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16 DAILYEDEALS.COM, INC.,            )   Case No. CV 07-80135 JSW (MEJ)
                   Petitioner,       )
17      v.                           )   **PROOF OF SERVICE BY OVERNIGHT**
                                     )   **MAIL AND U.S. FIRST CLASS MAIL**
18 ONLINENIC, INC.,                  )
                   Respondent.       )
19 _____ )

20                      _____

PROOF OF SERVICE

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **November 12, 2007**, I am causing the following document to be served, described as

**PETITIONER'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF THIS MISCELLANEOUS ACTION, AND [PROPOSED] ORDER THEREON**

on the interested parties in this action through service of true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 12, 2007**, at San Francisco, California.

_____
Nathaniel Bruno

## SERVICE LIST

Rex Liu [Agent for Service]
OnlineNIC, Inc.
2315 – 26th Avenue
San Francisco, CA 94116

Kenneth Moore Fitzgerald
Latham and Watkins
600 West Broadway, Suite 1800
San Diego, CA 92101

Phone: (619) 236-1234
Fax: (619) 696-7419
Email: Kenneth.Fitzgerald@LW.com

Attorney for:

Ecoupons Inc.
Matthew Cheng
Maksim Rubis
Andrew Mills
HTTP://WWW.Ecoupons.com

(Parties to Southern District of California Case No. 06 CV 1522 H (JMA) to which this miscellaneous action is related.)

Andrew B. Kaplan
Law Offices of Andrew B. Kaplan
3563 Fourth Avenue
San Diego, CA 92103

Phone: (619) 232-1991
Fax: (619) 232-1989
Email: Andrew.Kaplan@AKaplanLawFirm.com

Attorney for:

Bao T. Pham
Trang T. Pham

(Parties to Southern District of California Case No. 06 CV 1522 H (JMA) to which this miscellaneous action is related.)